**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | CR-05-922-2-PHX-EHC |
| v. | ) | |
| Jerry Maximoff, | ) | ORDER OF DETENTION |
| Defendant. | ) | |

A detention and pretrial release revocation hearing for violation of pretrial release was held on  May 22, 2006.  Defendant, Jerry Mximoff appears with counsel Cameron Morgan and the government is represented by Michael Lee..

Counsel for defendant submitted the matter on the record.

The Court finds by clear and convincing evidence  that defendant has violated the conditions of  his release.  The Court also finds that defendant is unlikely to abide by any condition or combination of conditions to assure his appearance or protect  the safety of the community.

IT IS THEREFORE ORDERED that the defendant's release is revoked and he is detained pending further order of the Court.

However, IT IS FURTHER ORDERED that the defendant shall be interviewed for possible placement at an appropriate halfway house facility.  Should the defendant be an acceptable candidate, defense counsel shall file a Motion for Possible Release  and to request that a detention hearing be set.  A determination as to whether or not the defendant is to be released will be made at the scheduled hearing.  If counsel for the

1  government does not object to the proposed release, the matter will be scheduled "bag

2  and baggage."

3      DATED this 23rd day of May, 2006.

Edward C. Voss
United States Magistrate Judge